UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Case no. 2:20-cv-01500-ES-MAH

**DANIELLE DAVIS,** individually, and on behalf of all others similarly situated,

    *Plaintiff*,

v.

**GENIE RETAIL ENERGY, INC.,** a Delaware registered corporation and **RESIDENTS ENERGY LLC**, a New York registered company,

    *Defendants*.

## NOTICE OF SETTLEMENT

Plaintiff hereby notifies the Court that the parties have reached an agreement in principle to resolve this matter. The parties anticipate filing a Stipulation for Dismissal of the action with prejudice as to the Plaintiff's individual claims within 30 days. Accordingly, Plaintiff respectfully requests that all current deadlines be suspended pending the filing of the Stipulation for Dismissal.

DATED this 26th day of April, 2021.

                      By: */s/ Stefan Coleman*
                          LAW OFFICES OF STEFAN COLEMAN, P.A.
                          Stefan Coleman
                          law@stefancoleman.com
                          1072 Madison Ave, Suite 1
                          Lakewood, NJ 08701

>Telephone: 877.333.9427
>Fax: 888.498.8946
>
>KAUFMAN P.A.
>Avi R. Kaufman (*pro hac vice*)
>kaufman@kaurmanpa.com
>400 NW 26th Street
>Miami, FL 33127
>Telephone: 305.469.5881
>
>*Attorneys for Plaintiff Davis*
>*and all others similarly situated*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

>*/s/ Stefan Coleman*