IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DANIELLE DAVIS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br>v.<br><br>**GENIE RETAIL ENERGY, INC.,** a Delaware registered corporation, and **RESIDENTS ENERGY LLC,** a New York registered company,<br><br>*Defendants.* | Case no. 2:20-cv-01500-ES-MAH<br><br>Dated: June 29, 2021 |

## NOTICE OF DISMISSAL

Plaintiff hereby notifies the Court of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

By: /s/ Stefan Coleman
LAW OFFICES OF STEFAN
COLEMAN, P.A.
Stefan Coleman
law@stefancoleman.com
1072 Madison Ave, Suite 1
Lakewood, NJ 08701
Telephone: 877.333.9427
Facsimile: 888.498.8946

KAUFMAN P.A.
Avi R. Kaufman (*pro hac vice*)
kaufman@kaufmanpa.com
400 NW 26TH Street
Miami, FL 33127
Telephone: 305.469.5881

*Attorneys for Plaintiff Davis
and all others similarly situated*

By: /s/ Adria Lamba
Adria Lamba
HOLLAND & KNIGHT, LLP
2929 Arch Street, Suite 800
Philadelphia, Pennsylvania 19104
Phone 215.252.9551
Fax 215.867.6070
adria.lamba@hklaw.com

Jonathan Marmo (*pro hac vice*)
Holland & Knight LLP
2929 Arch Street, Suite 800
Philadelphia Pennsylvania 19104
Phone 215.252.9568
jonathan.marmo@hklaw.com

*Attorneys for Defendants*

**SO ORDERED.** The Clerk of the Court shall CLOSE this matter.

*[signature]*

**Date:** June 30, 2021